IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MET-PRO CORPORATION, | : | CIVIL ACTION NO. 8:07-cv-00262-JFB-TDT |
| Plaintiff, | : | |
| v. | : | |
| INDUSTRIAL AIR TECHNOLOGY CORP., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 1st day of July, 2009, upon consideration of the parties' Joint Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a) and District of Nebraska Civil Rule 41.1, it is hereby ORDERED and DECREED that the Motion is GRANTED.

It is further ORDERED and DECREED that the above-captioned action is DISMISSED WITH PREJUDICE.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge

DT1 843538v1 06/30/09